# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

# M E M O R A N D U M

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                RE: **Myrna I. JOHNSON**
                    Docket Number: 2:08CR00369
                    **PERMISSION TO TRAVEL**
                    <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The probationer is requesting permission to travel to Bulacan,Philippines. She is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 10, 2008, probationer was sentenced for the offense(s) of 18 USC 2320 (a),Trafficking in Counterfiet Goods.

**Sentence imposed:** 1 year probation, $100 special assessment, with no special conditions.

**Dates and Mode of Travel:** March 22, 2009 and retruning April 30, 2009.

**Purpose:** Her daughter is graduating from college.

**RE: Myrna I. JOHNSON**
**Docket Number: 2:08CR00369**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/Cynthia J. Mazzei
**Cynthia J. Mazzei**
**Senior United States Probation Officer**

**DATED:** March 5, 2009
Sacramento, California
CJM

**REVIEWED BY:** /s/Matthew M. Faubert for
**Kyriacos Simonidis**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ___**X**___   Disapproved _____

March 5, 2009
**Date**

**Frank C. Damrell, Jr.**
**United States District Judge**